## FAIR DRAIN TAXATION, INC., ET AL. *v.* CITY OF ST. CLAIR SHORES ET AL.

No. 604.   Decided December 16, 1963.

*Wilson M. Jackson, William L. Sanders* and *Raymond M. Jacobson* for appellants.

*John H. Yoe* and *Charles R. Moon* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## MACON *v.* INDIANA.

No. 37, Misc.   Decided December 16, 1963.

Petitioner *pro se.*

*Edwin K. Steers,* Attorney General of Indiana, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Indiana for further consideration in light of *Lane v. Brown,* 372 U. S. 477.